IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ SANTIAGO, INC. )<br>)<br>Plaintiff )<br>)<br>) Case No. 3:22-cv-01239 (SCC)<br>v. )<br>)<br>SMITHFIELD FOODS, INC.; ABC )<br>INSURANCE COMPANY, )<br>)<br>Defendant )<br>) | |

## NOTICE OF APPEARANCE

COMES NOW Defendant Smithfield Packaged Meats Corp., ("Smithfield"), erroneously identified in the Complaint as Smithfield Foods, Inc.,[1] through the undersigned counsel, and states and requests as follows:

1. As relevant here, on June 3, 2022, counsel Ryan D. Frei filed an Application and Order for Admission Pro Hac Vice on behalf of Smithfield. See Docket No. 9.

2. On that same date, the Court issued an Order granting Mr. Frei's Application and Order for Admission Pro Hac Vice. See Docket No. 11.

3. Also on that same date, the Court issued a Notice requiring that Mr. Frei file a Notice of Appearance in order to receive electronic notifications as part of this action. See Docket No. 13.

4. In compliance with that Notice, Mr. Frei files the instant Notice of Appearance, and requests that, prospectively, all motions, papers, pleadings, and orders be served upon him accordingly.

---

[1] Smithfield Foods, Inc. is not the proper party defendant. The Complaint and caption should be amended accordingly.

**WHEREFORE**, Smithfield respectfully requests that the Court take notice of Mr. Frei's appearance and that all motions, papers, pleadings, and orders be served upon him accordingly.

**RESPECTFULLY SUBMITTED.**

This 6th day of June, 2022, in San Juan, Puerto Rico.

**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 759-9292
Fax: (787) 759-8282

s/ Henry O. Freese Suffront
Henry O. Freese Suffront
USDC-PR No. 215502
hf@mcvpr.com

s/ Daniel J. Perez-Refojos
Daniel J. Perez-Refojos
USDC-PR No. 303909
dpr@mcvpr.com

**MCGUIRE WOODS LLP**
800 East Canal Street
Richmond, Virginia, 23219
Tel: (804) 775-1134
Fax: (804) 698-2168

s/ Ryan D. Frei
Ryan D. Frei
*Admitted Pro Hac Vice*
rfrei@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

     I certify that on June 6, 2022, a true and exact copy of this document was filed through the CM/ECF system, which will provide notice to all counsel of record.

                                            s/ Ryan D. Frei
                                            Ryan D. Frei
                                            *Admitted Pro Hac Vice*
                                            rfrei@mcguirewoods.com